1070

[No. 24141-6-III.   Division Three.   September 19, 2006.]

TROY W. KISSLER, *Appellant*, v. JULIE ANNE BUCKLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Adams County, No. 04-2-00022-3, Richard W. Miller, J., entered April 28, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kato and Kulik, JJ.